1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROY RASHAD WELLS, | CASE NO. 2:24-cv-2090-JNW |
|---|---|
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| NATHAN GROZAV, | |
| Defendant. | |

On August 19, 2025, this Court ordered Plaintiff Roy Rashad Wells to show cause why his complaint should not be dismissed for failure to timely serve the summons and complaint. Dkt. No. 10 at 2. The Court ordered Wells to respond by September 3, 2025, and warned that failure to do so would result in dismissal of his lawsuit. *Id.* at 3.

Wells failed to respond to the Court's Order, and the time to do so has passed. Accordingly, the Court DISMISSES Wells's case without prejudice. The Court directs the Clerk to close the case.

DISMISSAL ORDER - 1

1

Dated this 11th day of September, 2025.

2

3
                                      Jamal N. Whitehead
                                      United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DISMISSAL ORDER - 2